**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | InXero Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 30-0465833 |

**4. Debtor's address**

**Principal place of business**

**701 Brazos St., Ste. 1626**
**Austin, TX 78701**
Number, Street, City, State & ZIP Code

**Travis**
County

**Mailing address, if different from principal place of business**

**12320 Alameda Trace Circle, #509**
**Austin, TX 78727**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  **www.inxero.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **InXero Inc.**
_____  Case number (*if known*)  _____
Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5415**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | InXero Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| When | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 3

Debtor **InXero Inc.**                                      Case number (*if known*) _____
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **InXero Inc.**                                                                Case number (*if known*) _____
          Name

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2023**
               MM / DD / YYYY

**X** **/s/ Anand Raj**                                      **Anand Raj**
Signature of authorized representative of debtor            Printed name

Title    **CEO and President**

---

**18. Signature of attorney**

**X** **/s/ Cleveland R. Burke**                            Date    **September  8, 2023**
Signature of attorney for debtor                                    MM / DD / YYYY

**Cleveland R. Burke**
Printed name

**Holland & Knight LLP**
Firm name

**100 Congress Ave**
**Suite 1800**
**Austin, TX 78701**
Number, Street, City, State & ZIP Code

Contact phone    **512-685-6400**    Email address    **cleveland.burke@hklaw.com**

**24064975 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **InXero Inc.**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Declaration and signature |
|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September  8, 2023__        X **/s/ Anand Raj**
                                                Signature of individual signing on behalf of debtor

                                             **Anand Raj**
                                             Printed name

                                             **CEO and President**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **InXero Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................  $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................  $       145,783.86

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................  $       145,783.86

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $              0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $     1,410,513.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$     1,055,309.87

4.  **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b                                                                                          $     2,465,822.87

**Fill in this information to identify the case:**

Debtor name  **InXero Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account    Last 4 digits of account number | |
| 3.1. | **Chase Bank** | **Checking**    9089 | $3,434.90 |
| 3.2. | **Chase Bank** | **Saving**    2850 | $6,851.96 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$10,286.86

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Pilothouse Litigation, PLLC - Retainer for legal services** | $7,480.00 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor  **InXero Inc.**                                      Case number *(If known)* _____
         Name

Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                    | $7,480.00 |
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment (3 servers, 3 computers, 1 monitor) | **Unknown** | | **$0.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                    | $0.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No

Debtor    **InXero Inc.**
Name

Case number *(If known)*

■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets** BusinessLive! Trademark (expired) | Unknown | | Unknown |
| 61. | **Internet domain names and websites** Inxero.com | Unknown | | Unknown |
| | Inxero.ai | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** MSP Go-to-Market Software for IT Resellers | Unknown | | Unknown |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
| --- |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

Debtor    **InXero Inc.**                                              Case number *(If known)* _____
          Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| | **Unused Federal Net Operating Losses**     Tax year **2022** | $40,359.00 |
| | **Unused Federal Net Operating Losses**     Tax year **2021** | $67,697.00 |
| | **Unused Federal Net Operating Losses**     Tax year **2020** | $19,961.00 |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $128,017.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor **InXero Inc.**
_____
Name

Case number _(If known)_ _____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $10,286.86 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $7,480.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $128,017.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $145,783.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $145,783.86 |

**Fill in this information to identify the case:**

Debtor name      **InXero Inc.**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **InXero Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Anand Raj**<br>**12320 Alameda Trace Circle, #509**<br>**Austin, TX 78727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,410,513.00** | **$15,150.00** |
| Date or dates debt was incurred<br>**2/20/2008 - 9/7/2023** | Basis for the claim:<br>**Deferred Salary** | | |
| Last 4 digits of account number __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**ATS Traffic Ltd.**<br>**9015 14 Street NW**<br>**Edmonton, AB T6POC9**<br>**CANADA**<br>Date(s) debt was incurred __6/6/2023__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **InXero Subscription Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$7,696.22** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Brick Holdings LLC**<br>**3603 Wellspring Drive**<br>**Bee Cave, TX 78738**<br>Date(s) debt was incurred __3/19/2014 - 7/15/2016__<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Litigation claims arising from conversion of convertible promissory notes to common stock**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$530,000.00** |

| Debtor | **InXero Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2.12 |
|---|---|---|---|

**Chase**
**P.O. Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **7067**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $715.00 |
|---|---|---|---|

**Egan Nelson LLP**
**2911 Turtle Creek Blvd., Ste. 1100**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2/2023 - 7/31/2023**

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,587.20 |
|---|---|---|---|

**ITsavvy Inc.**
**313 South Rohlwing Road**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/20/2023**

Basis for the claim:  **InXero Subscription Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $160,000.00 |
|---|---|---|---|

**John Baez**
**702 Cutlass**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/7/2011 - 1/24/2014**

Basis for the claim:  **Litigation claims arising from conversion of convertible promissory notes to common stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Kevin Lemke**
**2640 Wakefield Drive**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/19/2012 - 6/12/2013**

Basis for the claim:  **Claims arising from conversion of convertible promissory notes to common stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $88,565.33 |
|---|---|---|---|

**Shearman & Sterling LLP**
**111 Congress Avenue, Suite 1700**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2020-12/14/2020**

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,245.00 |
|---|---|---|---|

**The Pinnacle Group**
**85 Old Long Ridge Road**
**Suite A3**
**Stamford, CT 06903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2023**

Basis for the claim:  **InXero Subscription Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **InXero Inc.**  Case number (if known) _____

Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,000.00 |
|---|---|---|---|

**Treavor Erney**
307 S Henry St.
Alexandria, VA 22314

Date(s) debt was incurred  2/7/2011 - 2/5/2014

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation claims arising from conversion of convertible promissory notes to common stock**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,499.00 |
|---|---|---|---|

**Xiologix Inc.**
8215 SW Tualatin-Sherwood Rd.
Ste. 200
Tualatin, OR 97062

Date(s) debt was incurred  6/9/2023

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **InXero Subscription Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **J. Kevin Edmundson**<br>**Edmundson Shelton Weiss PLLC**<br>**317 Grace Lane, Suite 210**<br>**Austin, TX 78746** | Line  **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **J. Kevin Edmundson**<br>**Edmundson Shelton Weiss PLLC**<br>**317 Grace Lane, Suite 210**<br>**Austin, TX 78746** | Line  **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **J. Kevin Edmundson**<br>**Edmundson Shelton Weiss PLLC**<br>**317 Grace Lane, Suite 210**<br>**Austin, TX 78746** | Line  **3.2**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,410,513.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,055,309.87 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,465,822.87 |

**Fill in this information to identify the case:**

Debtor name   **InXero Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Provides Hosting Service** | |
| | State the term remaining | **Month-to-Month** | **Amazon Web Services** |
| | List the contract number of any government contract | | **410 Terry Avenue North** **Seattle, WA 98109** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Warrants issued 2/21/2011 and 3/19/2014** | |
| | State the term remaining | | **Anand Raj** |
| | List the contract number of any government contract | | **12320 Alameda Trace Circle, #509** **Austin, TX 78727** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Common Stock Options issued 12/7/2016** | |
| | State the term remaining | | **Arun Prakash** |
| | List the contract number of any government contract | | **1109 Quaker Ridge Drive** **Austin, TX 78746** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **InXero Subscription Services** | |
| | State the term remaining | **1 year term ending 5/10/2024** | **ATS Traffic Ltd.** **9015 14 Street NW** |
| | List the contract number of any government contract | | **Edmonton, AB T6POC9** **CANADA** |

Debtor 1 __InXero Inc.__

First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Stock Purchase Warrants issued 3/19/2014, 4/10/2014, 5/10/2014, 6/3/2014, 8/18/2014, 9/18/2014, 11/13/2015, 7/15/2016 and 1/26/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brick Holdings LLC**<br>**3603 Wellspring Drive**<br>**Bee Cave, TX 78738** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Provides ConnectWise Invent Program Services and API Access to Debtor** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month payments with 2 year term ending 5/25/2025** | |
| | List the contract number of any government contract | | **ConnectWise LLC**<br>**400 N Tampa St., Ste. 130**<br>**Tampa, FL 33602** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Common Stock Options issued 6/11/2011, 10/19/2012 and 10/12/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Craig Turner**<br>**117 Junes MDW**<br>**Liberty Hill, TX 78642** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Common Stock Options issued 8/15/2013 and 12/10/2014** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dieter Kondek**<br>**5613 Coronado Court**<br>**Cape Coral, FL 33904** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Common Stock Options issued 2/3/2011 and 10/9/2013** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dr. Ram Matta**<br>**427 Belforte Avenue**<br>**Austin, TX 78734** |

Debtor 1   InXero Inc.
_____   Case number (*if known*) _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Common Stock Option issued 9/23/2008** | |
| State the term remaining | **Entrepreneurs Foundation of Central TX** |
| List the contract number of any government contract | **P.O. Box 684286** <br> **Austin, TX 78768** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Common Stock Options issued 7/14/2017** | |
| State the term remaining | **Erick Mings** |
| List the contract number of any government contract | **2601 La Frontera, Unit 3304** <br> **Round Rock, TX 78681** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Common Stock Options issued 10/3/2011 and 11/11/2012** | |
| State the term remaining | **Erik Huddleston** |
| List the contract number of any government contract | **105 Cimarron Hills Trails East** <br> **Georgetown, TX 78628** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Email service** | |
| State the term remaining — **Month-to-Month** | **Google LLC (Google Apps)** |
| List the contract number of any government contract | **1600 Amphitheatre Pkwy** <br> **Mountain View, CA 94043** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **InXero Subscription Services** | |
| State the term remaining — **1 year term ending 5/16/2024** | **ITsavvy Inc.** |
| List the contract number of any government contract | **313 South Rohlwing Road** <br> **Addison, IL 60101** |

Debtor 1    InXero Inc.

    First Name        Middle Name        Last Name

Case number (if known)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Common Stock Options issued 10/19/2012**

State the term remaining

List the contract number of any government contract

**Joe Jones
30804 Berry Creek Drive
Georgetown, TX 78628**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Stock Purchase Warrants issued 2/7/2011, 3/8/2013, 6/7/2013, 1/24/2014 and 3/25/2014**

State the term remaining

List the contract number of any government contract

**John Baez
702 Cutlass
Lakeway, TX 78734**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Common Stock Options issued 10/23/2012**

State the term remaining

List the contract number of any government contract

**John Baez
702 Cutlass
Lakeway, TX 78734**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Stock Purchase Warrants issued 3/19/2012, 1/21/2013, 6/12/2013 and 3/25/2014**

State the term remaining

List the contract number of any government contract

**Kevin Lemke
2640 Wakefield Drive
Belmont, CA 94002**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Common Stock Options issued 10/24/2012**

State the term remaining

List the contract number of any government contract

**Kevin Lemke
2640 Wakefield Drive
Belmont, CA 94002**

---

Debtor 1  __InXero Inc._____  Case number *(if known)* _____
     First Name         Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Common Stock Options issued 11/9/2012**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rob Lynch**<br>**222 West Avenue, Unit 2802**<br>**Austin, TX 78701** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — **InXero Subscription Services**<br><br>State the term remaining — **1 year term ending 2/19/2024**<br><br>List the contract number of any government contract | **The Pinnacle Group**<br>**85 Old Long Ridge Road**<br>**Suite A3**<br>**Stamford, CT 06903** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Common Stock Options issued 10/10/2014 and 6/14/2017**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tim Cuny**<br>**1430 Hanson Circle**<br>**Mendocino, CA 95460** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Stock Purchase Warrants issued 2/7/2011, 1/29/2013, 6/26/2013, 2/5/2014, and 3/25/2014**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Treavor Erney**<br>**307 S Henry St.**<br>**Alexandria, VA 22314** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest — **InXero Subscription Services**<br><br>State the term remaining — **1 year term ending 3/13/2024**<br><br>List the contract number of any government contract | **Xiologix Inc.**<br>**8215 SW Tualatin-Sherwood Rd.**<br>**Ste. 200**<br>**Tualatin, OR 97062** |

Debtor 1    **InXero Inc.**                                                Case number *(if known)* _____
        First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Help Desk hosting service** | |
|---|---|---|---|
| | State the term remaining | **Ends 8/28/24** | |
| | List the contract number of any government contract | _____ | **Zendesk Inc**<br>**989 Market St.**<br>**San Francisco, CA 94103** |

**Fill in this information to identify the case:**

Debtor name      **InXero Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name **InXero Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$35,856.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$62,330.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$120,398.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  InXero Inc.

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **PilotHouse Litigation PLLC**<br>**3005 S. Lamar Blvd., Ste. 109 #105**<br>**Austin, TX 78704** | **6/9/23;**<br>**7/18/23;**<br>**7/26/23** | **$14,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Retainer and payment**<br>**for legal services** |
| 3.2. **Holland & Knight LLP**<br>**100 Congress Avenue, Suite 1800**<br>**Austin, TX 78701** | **7/14/23** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Retainer for legal**<br>**services (prepetition workout**<br>**negotiations); applied and**<br>**balance of $948.00 returned**<br>**prepetition** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor  __InXero Inc.__                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **John Baez, Brick Holdings, LLC, and Trevor K. Erney v. InXero, Inc. and Anand Raj**<br>**D-1-GN-20-003942** | **Dispute over conversion of convertible promissory notes to common stock** | **Travis County District Court - 201st**<br>**1700 Guadalupe Street**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Treaver K. Erney v. InXero, Inc.**<br>**D-1-GN-21-001321** | **Dispute over conversion of convertible promissory notes to common stock** | **Travis County District Court - 98th**<br>**1700 Guadalupe Street**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **InXero Inc.**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Holland & Knight LLP** **100 Congress Ave.** **Suite 1800** **Austin, TX 78701** | | **7/14/23** | **$15,338.00** |
| | Email or website address **www.hklaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **12340 Alameda Trace Circle, #2106** **Austin, TX 78727** | **11/20/15-9/15/22** |
| 14.2. | **Capital Factory** **701 Brazos Street, Suite 1626** **Austin, TX 78701** | **3/7/18-present** |
| 14.3. | **12320 Alameda Circle, #509** **Austin, TX 78727** | **9/16/22-present** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor __InXero Inc._____    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor   InXero Inc. _____    Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Anand Raj**<br>**12320 Alameda Trace Circle, #509**<br>**Austin, TX 78727** | **1/1/21-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor __InXero Inc._____     Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Anand Raj**<br>**12320 Alameda Trace Circle, #509**<br>**Austin, TX 78727** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anand Raj** | **12320 Alameda Trace Circle, #509**<br>**Austin, TX 78727** | **CEO, President, Director, Common Stockholder** | **90.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Treavor Erney** | **307 S Henry St.**<br>**Alexandria, VA 22314** | **Common Stockholder** | **1.98** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Baez** | **702 Cutlass**<br>**Lakeway, TX 78734** | **Common Stockholder** | **1.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kevin Lemke** | **2640 Wakefield Drive**<br>**Belmont, CA 94002** | **Common Stockholder** | **0.46** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brick Holdings LLC** | **3603 Wellspring Drive**<br>**Bee Cave, TX 78738** | **Common Stockholder** | **4.41** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Capital Factory** | **701 Brazos St., Suite 1600**<br>**Austin, TX 78701** | **Common Stockholder** | **1.15** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor __InXero Inc._____   Case number *(if known)* _____

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September  8, 2023____

**/s/ Anand Raj**_____          **Anand Raj**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO and President**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

In re **InXero Inc.**                                          Case No. _____

_____
                                    Debtor(s)              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____**15,338.00**

    Prior to the filing of this statement I have received ......................................... $ _____**15,338.00**

    Balance Due ...................................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Services normally and reasonably associated with this type of engagement which the Firm is requested and is
        able to provide and which are consistent with its ethical obligations.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Negotiating with creditors, winding down and terminating Debtor's corporate existence following the bankruptcy,
    or representing the Debtor or its principals in any adversary proceedings that may be filed in connection with the
    main bankruptcy case.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September  8, 2023**                        **/s/ Cleveland R. Burke**
_____         _____
_Date_                                        **Cleveland R. Burke**
                                              _Signature of Attorney_
                                              **Holland & Knight LLP**
                                              **100 Congress Ave**
                                              **Suite 1800**
                                              **Austin, TX 78701**
                                              **512-685-6400  Fax: 512-685-6417**
                                              **cleveland.burke@hklaw.com**
                                              _Name of law firm_

# United States Bankruptcy Court
## Western District of Texas

In re  **InXero Inc.**                                                                      Case No. _____

                                          Debtor(s)              Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September  8, 2023**                          **/s/ Anand Raj**
                                                          **Anand Raj/CEO and President**
                                                          Signer/Title

Amazon Web Services
410 Terry Avenue North
Seattle, WA 98109

Anand Raj
12320 Alameda Trace Circle, #509
Austin, TX 78727

Arun Prakash
1109 Quaker Ridge Drive
Austin, TX 78746

ATS Traffic Ltd.
9015 14 Street NW
Edmonton, AB T6POC9
CANADA

Brick Holdings LLC
3603 Wellspring Drive
Bee Cave, TX 78738

Capital Factory
701 Brazos St, Suite 1600
Austin, TX 78701

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

ConnectWise LLC
400 N Tampa St., Ste. 130
Tampa, FL 33602

Craig Turner
117 Junes MDW
Liberty Hill, TX 78642

Delaware Department of State
Division of Corporations
PO Box 898
Dover, DE 19903

Dieter Kondek
5613 Coronado Court
Cape Coral, FL 33904

Dr. Ram Matta
427 Belforte Avenue
Austin, TX 78734


Egan Nelson LLP
2911 Turtle Creek Blvd., Ste. 1100
Dallas, TX 75219


Entrepreneurs Foundation of Central TX
P.O. Box 684286
Austin, TX 78768


Erick Mings
2601 La Frontera, Unit 3304
Round Rock, TX 78681


Erik Huddleston
105 Cimarron Hills Trails East
Georgetown, TX 78628


Google LLC (Google Apps)
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


ITsavvy Inc.
313 South Rohlwing Road
Addison, IL 60101


J. Kevin Edmundson
Edmundson Shelton Weiss PLLC
317 Grace Lane, Suite 210
Austin, TX 78746


Joe Jones
30804 Berry Creek Drive
Georgetown, TX 78628


John Baez
702 Cutlass
Lakeway, TX 78734

Kevin Lemke
2640 Wakefield Drive
Belmont, CA 94002


Rob Lynch
222 West Avenue, Unit 2802
Austin, TX 78701


Shearman & Sterling LLP
111 Congress Avenue, Suite 1700
Austin, TX 78701


Texas Comptroller of Public Accounts
Revenue Accounting Div.-Bankruptcy Sec.
P.O. Box 13528 Capitol Station
Austin, TX 78711


Texas Workforce Commission
TWC Building-Regulatory Integrity Div
101 E. 15th St.
Austin, TX 78778


The Pinnacle Group
85 Old Long Ridge Road
Suite A3
Stamford, CT 06903


Tim Cuny
1430 Hanson Circle
Mendocino, CA 95460


Travis County Tax Assessor-Collector
PO Box 1748
Austin, TX 78767


Treavor Erney
307 S Henry St.
Alexandria, VA 22314


US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Xiologix  Inc.
8215  SW  Tualatin-Sherwood  Rd.
Ste.  200
Tualatin, OR 97062


Zendesk  Inc
989  Market  St.
San Francisco, CA 94103

# United States Bankruptcy Court
### Western District of Texas

In re    **InXero Inc.**                                          Case No. _____
                                 Debtor(s)                        Chapter    **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **InXero Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  8, 2023** _____
Date

**/s/ Cleveland R. Burke** _____
**Cleveland R. Burke**
Signature of Attorney or Litigant
Counsel for   **InXero Inc.** _____
**Holland & Knight LLP**
**100 Congress Ave**
**Suite 1800**
**Austin, TX 78701**
**512-685-6400 Fax:512-685-6417**
**cleveland.burke@hklaw.com**